denied. *Messrs. James F. Wright, W. E. Kay, Thomas B. Adams,* and *Frank W. Gwathmey* for petitioner. *Messrs. Fred H. Davis* and *George C. Bedell* for respondents. See ante, p. 691.

---

No. 654. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STATE OF FLORIDA EX REL. R. HUDSON BURR, A. S. WELLS, ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Florida denied. *Messrs. James F. Wright, W. E. Kay, Thomas B. Adams,* and *Frank W. Gwathmey* for petitioner. *Messrs. Fred H. Davis and George C. Bedell* for respondents. See ante, p. 691.

---

No. 659. NATIONAL BANK OF COMMERCE IN ST. LOUIS *v.* HENRY CLAY PIERCE. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George L. Edwards, Edward J. White,* and *W. T. Jones* for petitioner. *Messrs. H. S. Priest* and *John F. Green* for respondent.

---

No. 660. WILLIAM A. GILLESPIE AND FRANK X. KINZLY *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin Conboy* for petitioners. *Solicitor General Mitchell* and *Mr. J. Kennedy White* for the United States.

---

No. 667. STEAM TUG ESTHER M. RENDLE, GEORGE T. RENDLE *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George T. Dillaway* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.